IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| This document applies to:<br>1:15-cv-06720; Hance v. AbbVie Inc. et al | |

## MASTER SHORT-FORM COMPLAINT FOR INDIVIDUAL CLAIMS

1. Plaintiff(s), Robert J. Hance, state(s) and incorporate(s) by reference the portions indicated below of Plaintiffs' Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Case Management Order No. 20 of this Court for cases filed directly into this district.

2. In addition to the below-indicated portions of the Master Long Form Complaint adopted by the plaintiff(s) and incorporated by reference herein, Plaintiff(s) hereby allege(s) as follows:

## VENUE

3. Venue for remand and trial is proper in the following federal judicial district: Eastern District of Pennsylvania

## IDENTIFICATION OF PLAINTIFF(S) AND RELATED INTERESTED PARTIES

4. Name and residence of individual injured by Testosterone Replacement Therapy product(s) ("TRT"): Robert J. Hance is a resident of Clifton Heights, PA.

5. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: N/A

6. Survival and/or Wrongful Death claims:

a. Name and residence of Decedent when he suffered TRT-related injuries and/or death:

N/A

b. Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

N/A

## CASE SPECIFIC FACTS
## REGARDING TRT USE AND INJURIES

7. Plaintiff currently resides in (city, state): Clifton Heights, PA

8. At the time of the TRT-caused injury, [Plaintiff/Decedent] resided in (city, state): Clifton Heights, PA

9. [Plaintiff/Decedent] began using TRT as prescribed and indicated on or about the following date: On or about April 2004

10. [Plaintiff/Decedent] discontinued TRT use on or about the following date: August 2014

11. [Plaintiff/Decedent] used the following TRT products:

- [x] AndroGel
- [ ] Testim
- [ ] Axiron
- [x] Depo-Testosterone
- [x] Androderm
- [ ] Testopel
- [ ] Fortesta
- [ ] Striant
- [x] Delatestryl
- [ ] Other(s) (please specify):

12. [Plaintiff/Decedent] is suing the following Defendants:

- ☒ AbbVie Inc.
- ☒ Abbott Laboratories
- ☐ AbbVie Products LLC
- ☒ Unimed Pharmaceuticals, LLC
- ☐ Solvay, S.A.
- ☐ Besins Healthcare Inc.
- ☐ Besins Healthcare, S.A.

- ☐ Eli Lilly and Company
- ☐ Lilly USA, LLC.
- ☐ Acrux Commercial Pty Ltd.
- ☐ Acrux DDS Pty Ltd.

- ☒ Pfizer, Inc.
- ☒ Pharmacia & Upjohn Company Inc.

- ☒ Endo Pharmaceuticals, Inc.
- ☐ Auxilium Pharmaceuticals, Inc.
- ☐ GlaxoSmith Kline, LLC

- ☐ Actavis plc
- ☒ Actavis, Inc.
- ☒ Actavis Pharma, Inc.
- ☒ Actavis Laboratories UT, Inc.
- ☒ Watson Laboratories, Inc.
- ☒ Anda, Inc.

Other(s) (please specify): ______________________________

______________________________

13. [Plaintiff/Decedent] is bringing suit against the following Defendant(s), who did not manufacture TRT and only acted as a distributor for TRT manufacturers:

N/A

a. TRT product(s) distributed: N/A

b. Conduct supporting claims: N/A

______________________________

______________________________

______________________________

14. TRT caused serious injuries and damages including but not limited to the following:

Miocardial Infarction

______________________________

15. Approximate date of TRT injury: August 6, 2013

## ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY ADOPTED AND INCORPORATED IN THIS LAWSUIT

16. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 466 of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545.

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, the following damages and causes of action of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545:

- ☒ Count I – Strict Liability – Design Defect
- ☒ Count II – Strict Liability – Failure to Warn
- ☒ Count III – Negligence
- ☒ Count IV – Negligent Misrepresentation
- ☒ Count V – Breach of Implied Warranty of Merchantability
- ☒ Count VI – Breach of Express Warranty
- ☒ Count VII – Fraud
- ☒ Count VIII – Redhibition
- ☒ Count IX – Consumer Protection
- ☒ Count X – Unjust Enrichment
- ☐ Count XI – Wrongful Death

- ☐ Count XII – Survival Action
- ☐ Count XIII – Loss of Consortium
- ☒ Count XIV – Punitive Damages
- ☒ Prayer for Relief
- ☐ Other State Law Causes of Action as Follows:__________________________

__________________________________________________________

__________________________________________________________

## JURY DEMAND

Plaintiff(s) demand(s) a trial by jury as to all claims in this action.

Dated this the 31st day of July, 2015.

RESPECTFULLY SUBMITTED
ON BEHALF OF THE PLAINTIFF(S),

/s/ David P. Matthews
Signature

DAVID P. MATTHEWS
Texas Bar No.: 13206200
STEVE FARIES
Texas Bar No.: 24040884
LIZY SANTIAGO
Texas Bar No.: 00796303
RACHAL G. ROJAS
Texas Bar No.: 24063161
Matthews & Assocaites
2905 Sackett St.
Houston, TX 77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
sfaries@dpmlawfirm.com
lsantiago@dpmlawfirm.com
rrojas@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFF